# 636     DECISIONS IN CASES NOT REPORTED.

John L. Brewster, Respondent, v. William L. Boyle and others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

American National Bank of Providence v. William R. Grace.— Motion denied.

Florence M. Lane and others v. Frank Moss, as Executor, etc.— Motion denied.

In the Matter of Forest Avenue.— Motion for reargument denied.

Henry Hentz and others, Respondents, v. Elizabeth F. Minor, Appellant.— Judgment and order affirmed, with costs. Opinion by Barrett, J

Melvin Stephens, Respondent, v. Robert L. Humphreys, Appellant — The portion of the order appealed from affirmed, with costs. Opinion by Andrews, J.

Tillie Feldman and others, Appellants, v. The Grand Lodge of the Ancient Order of United Workmen of the State of New York, Respondent.— Order reversed, with ten dollars costs and disbursements. Opinions by Van Brunt, P. J., and O'Brien, J.; dissenting opinion by Ingraham, J.

In the Matter of John Townshend and others.— Order affirmed, with costs. Opinion *Per Curiam.*

---

## THIRD DEPARTMENT, MAY TERM, 1892.

### Decisions handed down June 1, 1892.

Frank H. Pettee, Respondent, v. Mary H. Pettee, Appellant. — Order affirmed, without costs. Opinion by Mayham, P. J.

Mary Toomey v Stephen Baumis, Administrator, etc. — Appeal dismissed, with costs.

State of New York National Bank·v. Samuel Coykendall.

Dutchess County Mutual Insurance Company v. Frederick C. Van Hazoman and another.— Order on remittitur in each case making judgment of Court of Appeals the judgment of this court.

The People of the State of New York v. The Fitchburgh Railroad Company. — Order on remittitur making the judgment of the Court of Appeals the judgment of this court.

John Eisenlord, Appellant, v. David H. Clum, Catharine L. Eisenlord and others, Respondents. — Appeal dismissed.

### Decisions handed down July 2, 1892.

Robert Dansiger and James H. Vandenburgh, Appellants, v. Edward C. White, Respondent.— Judgment reversed, referee discharged and a new trial ordered, costs to abide the event. Opinion by Mayham, P. J.

Norman Carpenter, as Executor, etc., Respondent, v. Emery Hall, Appellant. — Decree of surrogate affirmed, with costs. Opinion by Mayham, P. J.

Henry H. Williams, Respondent, v. Isaac R. Clements, Executor, Appellant. — Judgment reversed and a new trial ordered, costs to abide the event, unless the plaintiff will stipulate to deduct $100 and interest from recovery. If stipulation made, judgment affirmed, without costs in favor of either party on this appeal as against the other. Opinion by Mayham, P. J.

Mary Ann Hawver, Respondent, v. Edmund R. Bell and others, Executors, etc., Appellants. — Judgment affirmed, with costs. Opinion by Mayham, P. J.

William H. Thomas, Respondent, v. William B. Gage, Appellant. — Judgment affirmed, with costs.

The People of the State of New York *ex rel.* Michael Lane, Respondent, v. Benjamin Case and others, as Town Auditors, Appellants. — Order and judgment for peremptory *mandamus* reversed, with costs. Opinion by Herrick, J.

Elizabeth C. Kinmouth, Respondent, v. William McDougall, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, P. J.

James P. Schuyler, Respondent, v. The Fitchburgh Railroad Company, Appellant. — Judgment affirmed, with costs.

James Thompson, Appellant, v. Isaac M. Narwood and another, Respondents. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Mayham, P. J.; Herrick, J., not acting.

Mary Van Nostrand, Respondent, v. The Walkill Valley Railroad Company, Appellant. — Affirmed, with costs. Opinion by Herrick, J.

William B. Weaver, Appellant, v. J. B. White, Respondent. — Judgment reversed, new trial ordered, costs to abide the event. Opinion by Herrick, J.

The People of the State of New York, Respondent, v. Joseph Davis, Appellant. — Conviction affirmed. Opinion by Mayham, P. J.

Eliza Babcock, Appellant, v. The Fitchburgh Railroad Company, Respondent. — Judgment reversed, new trial ordered, costs to abide the event. Opinion by Mayham, P. J

In the Matter of the Claim of Clarence G. Carr, as Executor, Respondent. v. The Estate of Susan B. Tompkins, Deceased, Appellant. — Order of surrogate reversed, with costs and printing disbursements. Opinion *Per Curiam.*

Morgan L. Taylor, Respondent, v. Lewis W. Derrick. Appellant. — Order affirmed, with costs. Opinion by Putnam, J.

George C. Preston. Appellant, v. Samuel R Hawley, Respondent. — Judgment affirmed, with costs. Opinion *Per Curiam.*

Jens Kaare, Respondent, v. The Troy Steel and Iron Company, Appellant.—Judgment affirmed, with costs. Opinion by Putnam, J.

A. M. Aldrich and another, Respondents,v. Frank L. Davis, Appellant. — Order affirmed, with costs and printing disbursements. Opinion *Per Curiam.*

The People of the State of New York, Respondent, v. James Kehoe, Appellant. — Conviction reversed and new trial ordered. Opinion by Putnam, J.

John W. Van Dyke, Appellant, v. George D. Clark, Respondent. — Judgment affirmed, with costs. Opinion by Putnam, J.

O. P. Dexter, Appellant, v. Warner J. Alfred, Respondent. — Judgment and order affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs. Opinion by Mayham, P. J.

Loretta C Randall, Respondent, v. National Ice Company, Appellant. — Judgment affirmed, with costs. Opinion by Mayham, P. J.; Putnam, J., not acting.

The People of the State of New York *ex rel.* Jehiel B. White, Sheriff of Clinton County, Appellant, v. The Board of Supervisors of the County of Clinton, Respondent. — Writ of *certiorari* dismissed, with costs to be paid by relator. Opinion by Putnam, J.

Mary Weston, Respondent, v. The City of Troy, Appellant. — Judgment affirmed, with costs.

Charles M. Preston, Appellant, v. Reed Fitch and others, Respondents. — Judgment affirmed, with costs. Opinion by Putnam, J.; Mayham, P. J., not acting.

Sidney E. Maders, Receiver, etc., Respondent, v. William S. Whallon and others, Appellants. — Judgment reversed, new trial granted, costs to abide the event. Opinion by Herrick, J.